IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICK WRIGHTER,

        Plaintiff,

vs.                                                Case No.  1:14-CV-00317-KG-GBW

JK SERVICES, LLC,

        Defendant.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court upon the joint Motion of the parties, Plaintiff Patrick Wrighter and Defendant JK Services, LLC, to dismiss, the Court, having reviewed the pleadings and being otherwise fully informed, FINDS that the Motion is WELL-TAKEN and shall be GRANTED.

Plaintiff's Complaint is hereby dismissed with prejudice.  The parties shall bear their own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

KILLION LAW FIRM, P.C.
P.O. Box 64670
2521 74th Street
Lubbock, Texas 79464
Phone: (806) 748-5500
Fax: (806) 748-5505
/s/ Samantha Peabody Estrello
Samantha Peabody Estrello
NMBN: 27099
*Counsel for Plaintiff*

HINKLE, HENSLEY, SHANOR & MARTIN, LLC
/s/  Stephen S. Shanor
Stephen S. Shanor, Esq.
P.O. Box 10
Roswell, NM  88202-0010
575-622-6510
*Attorneys for Defendant*